COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-03-232-CV

IN RE BRUCE SCOTT GARRETT RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator's petition for writ of mandamus, requesting we order the trial court to rule on relator's post-conviction motion for forensic DNA testing.  On August 14, 2003, the trial court ruled on relator's motion.  Accordingly, relator's petition for writ of mandamus is denied as moot. 

PER CURIAM

PANEL B: HOLMAN, LIVINGSTON, and DAUPHINOT, JJ.

DELIVERED: August 21, 2003

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.